UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 20:cv-81614-RKA

SEAN THOMAS FLYNN, individually
and as Personal Representative of the Estate
of MOLLIE CATHERINE GHIZ-FLYNN

    Plaintiff,

v.

M/V SOUTHERN COMFORT, Identification no.:
XYU7748FH788, Registration no.: DO930158, her engines,
tackle, and appurtenances, *in rem*, FLORIDA SCUBA CHARTERS,
INC., DUSTIN MCCABE, KRISTY MCCABE, and
NPBM, LLC a/k/a NORTH PALM BEACH MARINA,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between the Plaintiff and all Defendants have been settled. The Parties respectfully request that this Court retain jurisdiction to enforce the terms of settlement, and they will submit a Joint Stipulation for Dismissal upon effectuation of the terms of the settlement.

Dated:  November 5, 2020

                                            LIPCON, MARGULIES,
                                            ALSINA & WINKLEMAN, P.A.
                                            *Counsel for Plaintiff*
                                            One Biscayne Tower, Suite 1776
                                            2 South Biscayne Boulevard
                                            Miami, Florida 33131
                                            Telephone No.: (305) 373-3016

        Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
    MICHAEL A. WINKLEMAN
    Florida Bar NO: 36719
    Email: mw@lipcon.com
    JASON R. MARGULIES
    Florida Bar No.: 0057916
    Email: jmargulies@lipcon.com
    CAROL L. FINKLEHOFFE
    Florida Bar No.: 0015903
    Email: cfinklehoffe@lipcon.com

and

COUTURE LAW, P.A.
Counsel for Plaintiff
2930 West New Haven Avenue
West Melbourne, Florida
Telephone No.: (321) 733-5703
Facsimile No.: (321) 733-5702
TARA C. COUTURE
Florida Bar No.: 55572
Email: tara@couturelawoffices.com
BRENT A. COUTURE
Florida Bar No.: 83358
Email: brent@couturelawoffices.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2020, the foregoing was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Carol L. Finklehoffe*
    CAROL L. FINKLEHOFFE
    Florida Bar No.: 0015903
    Email: cfinklehoffe@lipcon.com

**SERVICE LIST**
*Flynn v. M/V Southern Comfort et.al.*
**Case No.: 20:cv-81614-RKA**

| | |
|---|---|
| MICHAEL A. WINKLEMAN<br>Florida Bar No: 36719<br>Email: mwinkleman@lipcon.com<br>JASON R. MARGULIES<br>Florida Bar No.: 0057916<br>Email: jmargulies@lipcon.com<br>CAROL L. FINKLEHOFFE<br>Florida Bar No.: 0015903<br>Email: cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776,<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-3016<br>Fax:     (305) 373-6204<br>*Attorneys for Defendant Flynn* | CHARLES S. DAVANT<br>Florida Bar No.: 15178<br>Email: csd@davantlaw.com<br>AARON M. DMISZEWICKI<br>Florida Bar No.: 111455<br>Email: amd@davantlaw.com<br>DAVANT LAW, P.A.<br>12 Southeast 7th St., Suite 605<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 414-0400<br>*Attorneys for Plaintiff GEICO* |
| TARA C. COUTURE<br>Florida Bar No.: 55572<br>Email: tara@couturelawoffices.com<br>BRENT A. COUTURE<br>Florida Bar No.: 83358<br>Email: brent@couturelawoffices.com<br>COUTURE LAW, P.A.<br>2930 West New Haven Avenue<br>West Melbourne, Florida<br>Telephone No.: (321) 733-5703<br>Facsimile No.: (321) 733-5702<br>*Attorneys for Defendant Flynn* | ALEX BRAUNSTEIN<br>Florida Bar No.: 98289<br>Email: Abraunstein@foxrothschild.com<br>FOX ROTHSHILD LLP<br>Phillips Point<br>777 South Flagler Drive, Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>(561) 804-4497 - direct<br>(561) 835-9602 - fax<br>*Attorneys for Defendant Kristy McCabe* |
| DUSTIN MCCABE<br>803 Promenade Way #104<br>Jupiter, Florida 33458<br>*Defendant – Pro Se* | |

L I P C O N ,  M A R G U L I E S ,  A L S I N A  &  W I N K L E M A N ,  P . A .
W W W . L I P C O N . C O M