UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 20:cv-81614-RKA

SEAN THOMAS FLYNN, individually
and as Personal Representative of the Estate
of MOLLIE CATHERINE GHIZ-FLYNN

    Plaintiff,

v.

M/V SOUTHERN COMFORT, Identification no.:
XYU7748FH788, Registration no.: DO930158, her engines,
tackle, and appurtenances, *in rem*, FLORIDA SCUBA CHARTERS,
INC., DUSTIN MCCABE, KRISTY MCCABE, and
NPBM, LLC a/k/a NORTH PALM BEACH MARINA,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff and the Defendants, by and through undersigned counsel, by and through undersigned counsel and pursuant to this Court's Order [D.E. 11], hereby agree and stipulate to the entry of an Order of Dismissal of this action with prejudice against all parties, with each party to bear its own costs and attorneys' fees.

    Dated: January 7, 2021.

| | |
|---|---|
| By: */s/ Carol L. Finklehoffe* | By: */s/ Charles S. Davant* |
| MICHAEL A. WINKLEMAN | CHARLES S. DAVANT |
| Florida Bar No: 36719 | Florida Bar No.: 15178 |
| Email: mwinkleman@lipcon.com | Email: csd@davantlaw.com |
| JASON R. MARGULIES | AARON M. DMISZEWICKI |
| Florida Bar No.: 0057916 | Florida Bar No.: 111455 |
| Email: jmargulies@lipcon.com | Email: amd@davantlaw.com |

L I P C O N ,  M A R G U L I E S ,  A L S I N A  &  W I N K L E M A N ,  P . A .
W W W . L I P C O N . C O M

| | |
|---|---|
| CAROL L. FINKLEHOFFE<br>Florida Bar No.: 0015903<br>Email: cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776,<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-3016<br>Fax:      (305) 373-6204<br>*Attorneys for Plaintiff Flynn* | DAVANT LAW, P.A.<br>12 Southeast 7th St., Suite 605<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 414-0400<br>*Attorneys for Defendant MV Southern Comfort* |

By: */s/ Dustin McCabe*
DUSTIN MCCABE
803 Promenade Way #104
Jupiter, Florida 33458
*Defendant – Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2021, the foregoing was electronically filed with the Clerk of the Court via CM/ECF.  I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                            By:  */s/ Carol L. Finklehoffe*
                                                CAROL L. FINKLEHOFFE
                                                Florida Bar No.: 0015903
                                                Email: cfinklehoffe@lipcon.com

## SERVICE LIST
*Flynn v. M/V Southern Comfort et.al.*
Case No.: 20:cv-81614-RKA

| | |
|---|---|
| MICHAEL A. WINKLEMAN<br>Florida Bar No: 36719<br>Email: mwinkleman@lipcon.com<br>JASON R. MARGULIES<br>Florida Bar No.: 0057916<br>Email: jmargulies@lipcon.com<br>CAROL L. FINKLEHOFFE<br>Florida Bar No.: 0015903<br>Email: cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776,<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-3016<br>Fax:      (305) 373-6204<br>*Attorneys for Plaintiff Flynn* | CHARLES S. DAVANT<br>Florida Bar No.: 15178<br>Email: csd@davantlaw.com<br>AARON M. DMISZEWICKI<br>Florida Bar No.: 111455<br>Email: amd@davantlaw.com<br>DAVANT LAW, P.A.<br>12 Southeast 7th St., Suite 605<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 414-0400<br>*Attorneys for Defendant MV Southern Comfort* |
| TARA C. COUTURE<br>Florida Bar No.: 55572<br>Email: tara@couturelawoffices.com<br>BRENT A. COUTURE<br>Florida Bar No.: 83358<br>Email: brent@couturelawoffices.com<br>COUTURE LAW, P.A.<br>2930 West New Haven Avenue<br>West Melbourne, Florida<br>Telephone No.: (321) 733-5703<br>Facsimile No.: (321) 733-5702<br>*Attorneys for Plaintiff Flynn* | DUSTIN MCCABE<br>803 Promenade Way #104<br>Jupiter, Florida 33458<br>*Defendant – Pro Se* |